UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOLLAR RAPIDO, INC.

        Plaintiff,

        v.

eCHEX INTERNATIONAL, INC., eCHEX, INC.,
MADELEINE GESTAS, and "JOHN DOE NO. 1"
through "JANE DOE No. 25" the name of the last
defendants being fictitious, the true names being
unknown, it being intended to designate the
principals, officers, and agents of the aforesaid
defendants

        Defendants.
-------------------------------------------------------------X

ORDER

04-CV-3280 (NGG) (CLP)

GARAUFIS, United States District Judge.

      Plaintiff Dollar Rapido, Inc. ("Dollar Rapido") moved on June 10, 2005 for default judgment against defendants Madeleine Gestas ("Gestas"), eCHEX International, Inc. ("eCHEX International") and eCHEX, Inc ("eCHEX"). This action was commenced by the filing of a summons on July 30, 2004, and a copy of the summons and complaint was served on the defendants on the same date. Proof of such service as to eCHEX and Gestas was filed with the court on August 31, 2004, and as to eCHEX International on October 5, 2004. The defendants not having answered the complaint, and the time for answering the complaint having expired, the Clerk of the Court entered a notation of default against Gestas, eCHEX, and eCHEX International at Dollar Rapido's request on June 10, 2005.

      This court is satisfied that defendants Gestas, eCHEX, and eCHEX International have failed to appear, answer or otherwise defend against the complaint brought by plaintiff Dollar

1

Rapido.  It is therefore ORDERED, ADJUDGED AND DECREED that the plaintiff DOLLAR RAPIDO have judgment against defendants GESTAS, ECHEX, and ECHEX INTERNATIONAL in an amount, inclusive of the costs and disbursements of this action, to be determined at an inquest before Magistrate Judge Pollak, who shall provide a report and recommendation thereon.

SO ORDERED.

Dated: June 28, 2005                                      _____/s/_____
     Brooklyn, NY                                            Nicholas G. Garaufis
                                                             United States District Judge