UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DOLLAR RAPIDO, INC.,

                Plaintiffs,

-against-

ECHEX INTERNATIONAL, INC., et al.,

                Defendants.
-----------------------------------------------------------------X

**ORDER**
04-CV-3280 (NGG)

GARAUFIS, District Judge.

On December 20, 2005 Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R&R") in the above-captioned action recommending that the Plaintiff, Dollar Rapido, be awarded a total of $114, 444.21 in damages and interest payable from defendants eCHEX, eCHEX International, Madeleine Gestas, and John Doe defendants, who are jointly and severally liable. Additionally, Judge Pollak recommended that defendants reimburse the Plaintiff in the amount of $462.14 for costs arising from this litigation. No objections to the R&R have been timely filed.

In reviewing an R&R, this court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To accept a Magistrate Judge's R&R where no timely objection has been made, the "court need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp.2d 606, 609-10 (S.D.N.Y. 2001) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)); see also Pizarro v. Bartlett, 776 F. Supp. 815, 817 (S.D.N.Y. 1991) (court may

accept report if it is "not facially erroneous").

Judge Pollak's R&R is comprehensive and well-reasoned. The court finds no clear error in the R&R and therefore adopts the R&R for the reasons stated therein. The Clerk of the court is directed to enter judgment as set forth by Magistrate Judge Pollak and as detailed above. The Clerk of the Court is further directed to close this case and to mail a copy of this decision to the defendants at their last known mailing addresses.

SO ORDERED.

Dated: April 10, 2006 　　　　　　　　　　　_____ /s/_____
　　　Brooklyn, N.Y. 　　　　　　　　　　　Nicholas G. Garaufis
　　　　　　　　　　　　　　　　　　　　　United States District Judge